**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| KINSALE INSURANCE COMPANY, an Arkansas corporation, <br><br> Plaintiff, <br><br> v. <br><br> PECOS VALLEY PRODUCTION, INC., a New Mexico corporation; and KYLE GREATHOUSE, an individual, <br><br> Defendants. | Case No. 2:25-cv-00618-JCH-KRS |
| PECOS VALLEY PRODUCTION, INC., a New Mexico corporation, <br><br> Counter Plaintiff, <br><br> v. <br><br> KINSALE INSURANCE COMPANY, an Arkansas corporation, <br><br> Counter Defendant. | |

**ORDER GRANTING STIPULATED AND UNOPPOSED MOTION TO STAY
DISCOVERY**

THIS MATTER comes before the Court on the Parties' Stipulated and Unopposed Motion to Stay Discovery (the "Motion") [Dkt. 36]. The Court, having reviewed the Motion and Court file, and being otherwise fully advised, finds the Motion is well-taken and should be granted.

It is, therefore, ORDERED that the Motion is GRANTED.

It is further ORDERED that the unexpired deadlines in [19] Scheduling Order are VACATED. The Court will set new deadlines for expert discovery, motions relating to discovery, and all other motions, if necessary, following resolution of the dispositive motions [Dkts. 15 and 30].

1

IT IS SO ORDERED this 10th day of April, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

CLYDE & CO US LLP


*/s/ Justin S. Hepworth*
Amy M. Samberg
Amy.samberg@clydeco.us
Justin S. Hepworth
Justin.Hepworth@clydeco.us
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
Facsimile: 725-248-2907
*Attorneys for Plaintiff Kinsale Insurance*
*Company*